Christopher G. Varallo, WSBA No. 29410
Steven J. Dixson, WSBA No. 38101
WITHERSPOON · KELLEY
422 W. Riverside Avenue, Suite 1100
Spokane, WA  99201-0300
Telephone:  (509) 624-5265
Facsimile:   (509) 458-2728
cgv@witherspoonkelley.com
sjd@witherspoonkelley.com

*Attorneys for Defendant Bank of America, N.A.*

**Hon. Richard A. Jones**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KEITH HUNTER, an individual, and ELAINE HUNTER, an individual,<br><br>                  Plaintiffs,<br>      v.<br><br>BANK OF AMERICA, N.A.; SPECIALIZED LOAN SERVICING, LLC, a Delaware limited liability company; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington corporation; HSBC BANK USA, N.A., as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-OAR2; JOHN DOES NO. 1 - 10,<br><br>                 Defendants. | No.  2:16-cv-01718-RAJ<br><br>AMENDED CORPORATE DISCLOSURE STATEMENT OF DEFENDANT BANK OF AMERICA, N.A. |

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule LCR 7.1 Defendant Bank of America, N.A., amends its corporate disclosure statement and states as follows:

WK WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100     Phone: 509.**624.5265**
Spokane, Washington 99201-0300     Fax: 509.**458.2728**

1   Bank of America, N.A. is wholly owned by BANA Holding Corporation ("BANA

2  Holding").   BANA Holding is a direct, wholly owned subsidiary of BAC North America

3  Holding Company ("BACNAH").   BACNAH is a direct, wholly owned subsidiary of NB

4  Holdings Corporation ("NB Holdings).  NB Holdings is a direct, wholly owned subsidiary of

5  Bank of America Corporation.  Bank of America Corporation is a publicly held company whose

6  shares are traded on the New York Stock Exchange and has no parent corporation.  Based on

7  the U.S. Securities and Exchange Commission Rules regarding beneficial ownership, Berkshire

8  Hathaway Inc., 3555 Farnam Street, Omaha, Nebraska 68131, beneficially owns greater than

9  10% of Bank of America Corporation's outstanding common stock.

10

11   DATED this 2nd day of August, 2019.

12

13   WITHERSPOON · KELLEY

14   By:   *s/ Christopher G. Varallo*
Christopher G. Varallo, WSBA #29410
15   Steven J. Dixson, WSBA #38101
16   422 W. Riverside Avenue, Suite 1100
Spokane, WA  99201
17   Telephone: (509) 624-5265
Fax: (509) 458-2728
18   E-mail: cgv@witherspoonkelley.com
19   sjd@witherspoonkelley.com
*Attorneys for Defendant Bank of America, N.A.*
20

21

22

23

24

25

26

27

28

AMENDED CORPORATE DISCLOSURE
STATEMENT OF BANK OF AMERICA, N.A.  - 2
Case No. 2:16-cv-01718-RAJ
S1890646.DOCX



WITHERSPOON · KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100     Phone: 509.**624.5265**
Spokane, Washington 99201-0300          Fax: 509.**458.2728**

1

2

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2ⁿᵈ day of August, 2019,

4

5       1.      I caused to be electronically filed the foregoing AMENDED CORPORATE DISCLOSURE STATEMENT OF DEFENDANT BANK OF AMERICA, N.A. with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

6

7       **Brendan W. Donckers**
        **bdonckers@bjtlegal.com; admin@bjtlegal.com; ntigner@bjtlegal.com;**
8       **rtamngin@bjtlegal.com**

9       **Daniel F. Johnson**
        **djohnson@bjtlegal.com; admin@bjtlegal.com; ntigner@bjtlegal.com;**
10      **rtamngin@bjtlegal.com**

11

12      **Roger M. Townsend**
        **rtownsend@bjtlegal.com; admin@bjtlegal.com;  ntigner@bjtlegal.com;**
13      **rtamngin@bjtlegal.com**

14      **Robert W. McDonald**
        **rmcdonald@qualityloan.com; cvnotice@mccarthyholthus.com;**
15      **rockymcdonald@gmail.com**

16

17      **David J. Elkanich**
        **serve.dje@hklaw.com; teresa.armendariz@hklaw.com**

18

19      **Garrett S. Garfield**
        **serve.gsg@hklaw.com; teresa.armendariz@hklaw.com**

20

21      2.      I hereby certify that I have caused to be mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants at the addresses listed
22      below:  **None**

23      3.      I hereby certify that I have mailed by United States Postal Service the foregoing
24      document to the following CM/ECF participants at the address listed below:  **None.**

25      4.      I hereby certify that I have hand-delivered the foregoing document to the
26      following participants at the addresses listed below: **None**.

27                                      _s/ Christopher G. Varallo_
                                        Christopher G. Varallo, WSBA No. 29410

28

AMENDED CORPORATE DISCLOSURE
STATEMENT OF BANK OF AMERICA, N.A.  - 3
Case No. 2:16-cv-01718-RAJ
S1890646.DOCX



WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100      Phone: 509.**624.5265**
Spokane, Washington 99201-0300          Fax: 509.**458.2728**