HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEITH HUNTER, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　　　　Defendants. | No.  2:16-cv-01718-RAJ<br><br>MINUTE ORDER |

　　　　The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

　　　　Having reviewed the parties' Stipulated Motion to Continue Certain Pretrial Deadlines (Dkt. # 124), the court DENIES the motion without prejudice.

　　　　The court enters orders setting trial dates and related dates to provide a reasonable schedule for the resolution of disputes.  That schedule generally provides approximately 90 days between the deadline for filing dispositive motions and the trial date.  With dispositive motions due 90 days before trial, they will generally be ripe for consideration one month later.  *See* Local Rules W.D. Wash. CR 7(d)(3).

　　　　The court's calendar generally permits it to enter a decision on dispositive motions within 30 days.  *See* Local Rules W.D. Wash. CR 7(b)(5).  In order to permit the parties to consider the court's decision on dispositive motions and plan for trial or an alternative resolution, the court generally requires at least 30 days between the court's decision and

the trial date.  For these reasons, the court will rarely set the deadline for dispositive motions less than 90 days before the trial date

In this case, trial is set for March 28, 2022.  The parties propose to extend the deadline for filing dispositive motions to February 10, 2022.  Under the parties' proposal, the noting date of any dispositive motions would be no earlier than March 4, 2022, only four weeks before the March 28, 2022 trial date.  The court will deny any stipulation that does not provide a compelling reason to abandon the case management principles set forth above, and while the court understands the need to extend some deadlines in this matter, the court does not find an extraordinary basis for modifying its 90-day rule as relates to dispositive motions.

The court therefore DENIES the parties' stipulated motion, without prejudice to renewing it in compliance with the case management principles expressed in this order.

DATED this 17th day of November, 2021.

RAVI SUBRAMANIAN,
Clerk of the Court

By:   /s/ *Victoria Ericksen*
         Deputy Clerk