HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEITH HUNTER, an individual, and ELAINE HUNTER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.; SPECIALIZED LOAN SERVICING, LLC, a Delaware limited liability company; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, a Washington corporation; HSBC BANK USA, N.A., as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-OAR2; JOHN DOES NO. 1-10,<br><br>Defendants. | Case No. 2:16-cv-01718-RAJ<br><br>**DEFENDANTS' MEMORANDUM OF LEGAL AUTHORITY REGARDING CONTEMPT STANDARD**<br><br>**NOTE FOR CONSIDERATION: FEBRUARY 9, 2022**<br><br>**ORAL ARGUMENT REQUESTED** |

## I. INTRODUCTION

Defendants Nationstar Mortgage, LLC and HSBC Bank USA, N.A. (collectively, "Nationstar") submit the following memorandum of legal authority regarding the standard for holding a non-party in contempt.

## II. LEGAL STANDARD FOR CONTEMPT

Federal Rule of Civil Procedure 45(g) authorizes courts to impose "sanctions against a nonparty for failure to comply with a subpoena[.]" *Pennwalt Corp. v. Durand-Wayland, Inc.*, 708

DEFENDANTS' MEMORANDUM OF LEGAL
AUTHORITY RE CONTEMPT STANDING - 1
CASE NO. 2:16-cv-01718-RAJ

128018.0042/8854739.2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

F.2d 492, 494 (9th Cir. 1983). A properly issued subpoena is "itself a court order, and noncompliance may warrant contempt sanctions." *Id.* at 494 n.5. Under Rule 45(g), courts "may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it." *Sali v. Corona Reg'l Med. Ctr.*, 884 F.3d 1218, 1224 (9th Cir. 2018).

A party moving for civil contempt must prove that the non-moving party violated a court order by clear and convincing evidence. *FTC v. Enforma Natural Prods., Inc.*, 362 F.3d 1204, 1211 (9th Cir. 2004). The burden then shifts to the contemnor to demonstrate he "took every reasonable step to comply with the subpoena and explain why compliance was not possible." *Forsythe v. Brown*, 281 F.R.D. 577, 588 (D. Nev. 2012) (plaintiffs' expert witness failed to demonstrate he took reasonable steps to comply with defendants' subpoenas, held in contempt of court, and ordered to pay moving party's attorney's fees and costs incurred in filing order to show cause regarding contempt) (citation omitted). In making its contempt determination, a district court considers the witness' history of non-compliance and the extent to which the witness failed to comply during the pendency of the motion for contempt. *Id.* (citation omitted).

Remedies for civil contempt include: (1) "coercing compliance with a court order; and (2) compensating the prevailing party." *Ahearn ex rel. N.L.R.B. v. Int'l Longshore & Warehouse Union, Locals 21 & 4*, 721 F.3d 1122, 1128 (9th Cir. 2013).

DEFENDANTS' MEMORANDUM OF LEGAL
AUTHORITY RE CONTEMPT STANDING - 2
CASE NO. 2:16-cv-01718-RAJ

128018.0042/8854739.2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1 | DATED: February 9, 2022

2 | LANE POWELL PC

By:  *s/ Pilar C. French*
Pilar C. French, WSBA No. 33300
Michael "Mac" Brown, WSBA No. 49722
Mohammed N. Workicho, *pro hac vice pending*
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone:  206.223.7000
frenchp@lanepowell.com
brownm@lanepowell.com
workichom@lanepowell.com

Attorneys for Defendants Nationstar Mortgage, LLC and HSBC Bank USA, N.A.

DEFENDANTS' MEMORANDUM OF LEGAL AUTHORITY RE CONTEMPT STANDING - 3
CASE NO. 2:16-cv-01718-RAJ

128018.0042/8854739.2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

I, Pilar C. French, hereby certify under penalty of perjury of the laws of the State of Washington that on the 9th day of February 2022, I caused to be served a copy of the foregoing **DEFENDANTS' MEMORANDUM OF LEGAL AUTHORITY REGARDING CONTEMPT STANDARD** via U.S. Mail and electronic mail, on the following person(s) at the following address(es):

Mr. Brian Carl
5204 216th Street Southwest
Mountlake Terrace, WA 98044
E-Mail: briancarl@outlook.com

DATED this 9th day of February 2022.

*s/ Pilar C. French*
Pilar C. French

DEFENDANTS' MEMORANDUM OF LEGAL
AUTHORITY RE CONTEMPT STANDING - 4
CASE NO. 2:16-cv-01718-RAJ

128018.0042/8854739.2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107