HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEITH HUNTER, et al.,

Plaintiffs,

v.

BANK OF AMERICA, N.A., et al.,

Defendants.

Case No. 2:16-cv-01718-RAJ

ORDER

This matter comes before the Court on Defendants Nationstar Mortgage, LLC and HSBC Bank USA, N.A.'s (collectively, "Nationstar") Motion for Sanctions Under Rule 30(d) and for an Order to Show Cause Why Brian Carl Should Not Be Held in Contempt. Dkt. 136. On February 9, 2022, the Court held a show cause proceeding via Zoom to address the issue of sanctions. Dkt. 148. Mr. Carl and all parties were in attendance.

Having heard from Mr. Carl, the Court finds that clear and convincing evidence supports contempt for the reasons stated on the record, but also finds that mitigating circumstances exist to limit sanctions. The Court hereby **GRANTS** Nationstar's request for a second deposition of Mr. Carl, and notes that no further relief has been requested by

ORDER – 1

Nationstar.  The Court thus **ORDERS** Mr. Carl and all relevant parties to attend the deposition scheduled on February 17, 2022 at 9:00 a.m.  No further notice must be provided for this deposition.

DATED this 9th day of February, 2022.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2